**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1599**

---

RODNEY L. CHERRY,

Plaintiff - Appellant,

versus

CITY OF WILSON; WILSON POLICE DEPARTMENT;
D. H. GARRIS, Officer; S. L. GARDNER, Officer;
WILLIE WILLIAMS, Chief,

Defendants - Appellees.

---

**No. 01-1674**

---

RODNEY L. CHERRY,

Plaintiff - Appellant,

versus

DORIS JONES, National Association for the
Advancement of Colored People; NATIONAL ASSO-
CIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,

Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, District Judge. (CA-01-43-4-H, CA-01-44-4-H)

---

Submitted: September 28, 2001      Decided: October 10, 2001

---

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Rodney L. Cherry, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney L. Cherry appeals the district court's orders dismissing his civil actions as frivolous. We have reviewed the record and the district court's opinions which have been consolidated on appeal and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Cherry v. City of Wilson, No. CA-01-43-4-H (E.D.N.C. Apr. 10, 2001); Cherry v. Jones, No. CA-01-44-4-H (E.D.N.C. Apr. 10, 2001). To the extent it is unclear, we note that the court's dismissals are to be without prejudice. 28 U.S.C. § 2106 (1996). Cherry's "motion for remand" is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED